

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-22-00078-CV

**SAN ANTONIO EYE CENTER, P.A.** d/b/a Harris Optical; South Texas Total Eye Care, P.A.; Albert Castillo; and Sanford Roberts II, M.D.,
Appellants

v.

**VISION ASSOCIATES OF SOUTH TEXAS P.A.** d/b/a South Texas Eye Institute; and Lisa Marten, M.D.,
Appellees

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2020CI21328
Honorable John D. Gabriel Jr., Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RIOS, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's judgment is REVERSED, and the cause is REMANDED to the trial court for further proceedings consistent with our opinion.

SIGNED August 31, 2022.

_____
Lori I. Valenzuela, Justice